**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 71 MAL 2017

                Respondent   :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

          v.   :

TASAI BETTS,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.